IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES MOODY, et al.,

    Movants,

v.

ALTMAN & CRONIN BENEFITS CONSULTANTS, LLC,

    Respondent.

                                        /

No. MISC 10-80022 JSW

**ORDER OF REFERRAL**

On February 1, 2010, Charles E. Moody, Timothy L. Tallentire and David C. Creps ("Movants") filed a Motion to Compel Compliance With Subpoena Duces Tecum. Movants have not yet noticed the motion for a hearing date. Pursuant to Northern District Civil Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution. If the parties have not heard from the Court regarding an assignment within fourteen days, please contact this Court's Courtroom Deputy, Jennifer Ottolini, and 415-522-4173.

It is FURTHER ORDERED that Movants shall serve a copy of this Order on Respondent and shall file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: February 3, 2010

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

cc: Wings Hom