DAVID NEWDORF (#172960)
Newdorf Legal
220 Montgomery Street, Suite 1850
San Francisco, CA  94104
Telephone:     (415) 357-1234
Email:             david@newdorf.com

ELI GOTTESDIENER (admitted *pro hac vice*)
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, New York  11215
Telephone:     (718) 788-1500
Fax:               (718) 788-1650
Email:             eli@gottesdienerlaw.com

Attorneys for Movants

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT COURT OF CALIFORNA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **CHARLES E. MOODY** | Case No. 10-80022- MISC JSW (JCS) |
| **TIMOTHY L. TALLENTIRE and** | |
| **DAVID C. CREPS,** | **STIPULATION AND ~~PROPOSED~~ ORDER GRANTING MOVANTS AN EXTENSION TO FILE THEIR REPLY ONE DAY OUT OF TIME** |
| Movants, | |
| v. | |
| **ALTMAN & CRONIN BENEFITS CONSULTANTS, LLC** | |
| Respondent. | |

Movants Charles E. Moody, Timothy L. Tallentire and David C. Creps and

Respondent Altman & Cronin Benefits Consultants, LLC hereby stipulate and agree that

the deadline for Movants to file their Reply in support of their motion to compel

compliance with subpoena *duces tecum* may be extended from February 26, 2010 to

*Moody et al. v. Altman & Cronin Benefits Consultants, LLC*
No. 10-800222-MISC
Stipulation and Proposed Order Granting Movants an Extension to File Their Reply One Day Out of Time
Page 1 of 3

February 27, 2010, and that an Order to that effect may be entered without other or further notice.

Dated: March 1, 2010

 s/ Eli Gottesdiener
Eli Gottesdiener (admitted *pro hac vice*)
GOTTESDIENER LAW FIRM, PLLC
498 7th Street
Brooklyn, New York 11215
Telephone: (718) 788-1500
Email: eli@gottesdienerlaw.com

*Attorney for Movants*

 s/ Gregory Abrams
Gregory P. Abrams
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, Illinois 60601
Telephone: (312) 324-1000
Email: gabrams@morganlewis.com

*Attorneys for Respondent*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: March 2, 20109

_____
JUDGE OF THE DISTRICT COURT

*(Signed: Judge Joseph C. Spero)*

*Moody et al. v. Altman & Cronin Benefits Consultants, LLC*
No. 10-800222-MISC
Stipulation and Proposed Order Granting Movants an Extension to File Their Reply One Day Out of Time
Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that on March 1, 2010 I caused Defendants to be served with a copy of this document by electronically filing this document with the Clerk of Court using the CM/ECF system, which will send them notification of the filing.

Stephen Bradley Perkins
MORGAN LEWIS BOCKIUS
One Market
Spear St Tower
San Francisco, CA 94105
415-442-1254
Fax: 415-442-1001
Email: bperkins@morganlewis.com

Jeremy P. Blumenfeld
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000
Fax: (215) 963-5001
Email: jblumenfeld@morganlewis.com

Charles C. Jackson
Gregory P. Abrams
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, Illinois 60601
Telephone: (312) 324-1000
Fax: (312) 324-1001
Email: charles.jackson@morganlewis.com
Email: gabrams@morganlewis.com

*Attorneys for Respondent*

                                        *s/Eli Gottesdiener*
                                         Eli Gottesdiener

*Moody et al. v. Altman & Cronin Benefits Consultants, LLC*
No. 10-800222-MISC
Stipulation and Proposed Order Granting Movants an Extension to File Their Reply One Day Out of Time
Page 3 of 3