

David B. Newdorf

March 11, 2010

**E-filed**

The Honorable Joseph C. Spero
United States Magistrate Judge
Courtroom A, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

           Re:    *Moody et al. v. Altman & Cronin Benefits Consultants, LLC*
                  U.S. District Court, Northern District of California
                  Case No. 10-80022 MISC JSW (JCS)

Your Honor:

Lead counsel for the moving party, Eli Gottesdiener, Esq., requests permission to participate by telephone in the hearing in this matter set for Friday, March 12, 2010 at 9:30 am.

Unfortunately, due to a recent change in the schedule in a matter before the Western District of Wisconsin, Mr. Gottesdiener cannot attend the hearing in person. As local counsel, the undersigned will attend.

As the lead counsel for movants and the attorney most familiar with the discovery dispute, Mr. Gottesdiener's participation by telephone would greatly assist the Court in deciding the pending matters. If permission is granted, the Court can reach Mr. Gottesdiener by telephone in his office at (718) 788-1500.

Sincerely,

NEWDORF LEGAL    Dated: 3/12/10

**DENIED**
*Judge Joseph C. Spero*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

*/s/ David B. Newdorf*
David B. Newdorf

cc:    All counsel (via e-mail)